# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 25-20017 |
| ) | |
| SEYED FATEH CHAPARI RASI, ) | |
| Defendant. ) | |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Mark S. Norris for all further proceedings.

**IT IS SO ORDERED,** this 19th day of November, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE